# EXHIBIT A

STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
NO RECORDS CERTIFICATE

I, the Treasurer of the State of New Jersey, do hereby certify that at the time of the issuance of this certificate

GDBT 1 TRUST 2011-1

does not appear on the records of this office.



Certificate Number: 140660546

Verify this certificate online at

https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 9th day of July, 2018

Elizabeth Maher Muoio
State Treasurer