# EXHIBIT B

# FORECLOSURE CASE INFORMATION STATEMENT (FCIS)

Use for initial Chancery Division — General Equity foreclosure pleadings (not motions) under Rule 4:5-1. Pleading will be rejected for filing, under Rule 1:5-6(c), if information is not furnished or if attorney's signature is not affixed.

**FOR USE BY CLERK'S OFFICE ONLY**

| | |
|---|---|
| PAYMENT TYPE: | ☐ CK ☐ CG ☐ CA ☐ MO |
| RECEIPT NO: | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |
| BATCH DATE: | |

## SECTION A: TO BE COMPLETED BY ALL PARTIES

**CAPTION**
GDBT I Trust 2011-1 v. Denard C. Trapp, et. al.

**COUNTY OF VENUE**
Monmouth

**DOCKET NUMBER (When available)**
F-

**NAME(S) OF FILING PARTY(IES)** (e.g., John Doe, Plaintiff)
GDBT I Trust 2011-1, Plaintiff

**DOCUMENT TYPE**
X COMPLAINT  _ ANSWER  _ OTHER

**ATTORNEY NAME (IF APPLICABLE)**
Kathryn M. Gilbertson Shabel, Esquire
PARKER McCAY P.A.

**TELEPHONE NUMBER**
(856) 810-5815

**MAILING ADDRESS**
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ 08054-1539

**DAYTIME TELEPHONE NUMBER**
(856) 596-8900

## SECTION B: TO BE COMPLETED BY PLAINTIFF TO INITIAL COMPLAINT

**FORECLOSURE CASE TYPE NUMBER**

- 088 IN PERSONAM TAX FORECLOSURE
- 089 IN REM TAX FORECLOSURE
- X ORF RESIDENTIAL MORTGAGE FORECLOSURE
- OCF COMMERCIAL MORTGAGE FORECLOSURE
- OCD CONDOMINIUM OR HOMEOWNER'S ASSOCIATION LIEN FORECLOSURE
- 091 STRICT FORECLOSURE
- OFP OPTIONAL FORECLOSURE PROCEDURE (NO SALE)

IS THIS A HIGH RISK MORTGAGE PURSUANT TO P.L.2009,c.84 AND P.L.2008,c.127  ... YES  X NO

PURCHASE MONEY MORTGAGE __ YES  X NO

RELATED PENDING CASE  __ YES  X NO

IF YES, LIST DOCKET NUMBERS:

**FULL PHYSICAL STREET ADDRESS OF PROPERTY**
18 Marland Ln, Tinton Falls, NJ

**MUNICIPALITY CODE(*)**
1336

ZIP CODE: 07724   COUNTY: Monmouth

MUNICIPAL BLOCK: 70.01 fka 70 fka 70.A

(LOTS): 15

## ALL FILING PARTIES MUST SIGN AND PRINT NAMES(S) AND DATE THE FORM BELOW

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY/SELF REPRESENTED SIGNATURE   PRINT ATTORNEY/SELF REPRESENTED NAME: Kathryn M. Gilbertson Shabel, Esquire   DATE: 4/4/2013

*See reverse side for Municipality Codes
Revised Effective 9/2009, CN 10169

Page 1 of 2