# EXHIBIT E

Deed Prepared by: Shaun Golden

I Shaun Golden, Sheriff of the County of Monmouth, in the State of New Jersey, send GREETING

Whereas, a certain Writ, issued out of the Superior Court, Chancery Division, State of New Jersey, to the Sheriff of said County of Monmouth directed and delivered in the words following to wit:

**300VCZ**

RECEIVED  Friday 6/20/2014 2:20:37 PM Recorded in the Office of
the Superior Court Clerk
Writ #020479-14

File No. 14721-12-07180

Law Offices
PARKER McCAY P.A.
Kiera McFadden-Roan, Esquire
ID No: 037862007
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856) 810-5815
Attorneys for Plaintiff

Record / Return
JOHN N. GIORGI, ESQ
2092 Morris Ave
Union, NJ 07083
908-688-1000

GDBT I TRUST 2011-1,

   Plaintiff,

v.

DENARD C. TRAPP; MRS. DENARD C.
TRAPP HIS WIFE; CAPITAL ONE
BANK USA NA,

   Defendant(s).

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION
MONMOUTH COUNTY
DOCKET NO. F-011243-13

CIVIL ACTION

**WRIT OF EXECUTION**

THE STATE OF NEW JERSEY

TO THE SHERIFF OF THE COUNTY OF MONMOUTH

GREETING:

WHEREAS, on the following date, __9/22/14__, by a certain Judgment in our Superior Court of New Jersey, in a certain cause therein pending wherein the Plaintiff is GDBT I Trust 2011-1, and the following named parties is/are the Defendant(s): Denard C. Trapp; Mrs. Denard C. Trapp his wife; Capital One Bank USA NA, it was Ordered and Adjudged that certain mortgaged premises, with the

appurtenances, in the Complaint (and any amendments to Complaint) in the said cause particularly set forth and described, that is to say:

The mortgaged premises are described as set forth upon the RIDER ANNEXED HERETO AND MADE A PART HEREOF.

TOGETHER, with all and singular the rights, liberties, privileges, hereditaments and appurtenances thereunto belonging, or in any way appertaining, and the reversion and remainders, rents, issues and profits thereof, and also all the estate, right, title, interest, use, property claim and demand of the said Defendant(s) of, in, to and out of the same, be sold to pay and satisfy unto the Plaintiff, GDBT I Trust 2011-1, in the sum of $386,301.73, being the principal, interest and lawful advances, if any, secured by a certain mortgage dated November 30, 2006 and given by Denard C. Trapp and Mrs. Denard C. Trapp his wife, together with interest at the contract rate of 7.750% on 340,835.48, being the principal sum in default plus advances, if any, from January 31, 2014 to 9/22/14, and lawful statutory interest thereafter on the total sum due Plaintiff, until the same be paid and satisfied, and also the costs of the aforesaid Plaintiff, with interest thereon;

And for that purpose, a Writ of Execution should issue directed to the Sheriff of the County of MONMOUTH commanding him to make sale as aforesaid; and that the surplus money arising from such sale, if any there be, should be brought into our said Court, subject to the further Order of the said Court, as by the said Judgment remaining as of record in our said Superior Court of New Jersey, at Trenton, doth and may more fully appear;

AND WHEREAS, the costs of the said Plaintiff have been duly taxed at the following sum: $ 5,006.95.

THEREFORE, you are hereby commanded, that you cause to be made of the premises aforesaid, by selling so much of the same as may be needful and necessary for the purpose, the said sum of $386,301.73, and the same you do pay to the said Plaintiff, together with lawful interest thereon as aforesaid, and the sum aforesaid of costs with interest thereon, and that you have the surplus money, if any there be, before our said Superior Court of New Jersey, aforesaid, at Trenton, within thirty (30) days after sale. If no sale, Writ is returnable within twenty-four (24) months, pursuant to R. 4:59-1(a), to abide the further Order of the said Court, according to the Judgment aforesaid; and you are to make return at the time and place aforesaid, by certificate under your hand, of the manner in which you have executed this our Writ, together with this Writ.

WITNESS, The Honorable   PAUL INNES, P.J.Ch   , Judge of the Superior Court at Trenton aforesaid, this  22nd  day of  September , 20 14

PARKER McCAY P.A.
Attorneys for Plaintiff

By: _____
KIERA McFADDEN-ROAN, Esquire

MICHELLE M. SMITH, ESQ.
Clerk of Superior Court

NEW JERSEY TITLE INSURANCE COMPANY

TITLE INSURANCE COMMITMENT
SCHEDULE B SECTION I

File Number: SM 59226

SCHEDULE A
LEGAL DESCRIPTION

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Tinton Falls, County of Monmouth State of New Jersey:

Beginning at a point in the easterly line of Marland Lane which point is distant 245.03 feet therein measured from the intersection of the same with the center line of Old Mill Road as eastwardly produced therein; thence

1) along the southerly line of Lot 14 North 89 degrees 44 minutes 30 seconds East 215.79 feet to the westerly line of the Garden State Parkway, thence;

2) South 12 degrees 10 minutes 25 seconds East 124.00 feet along the latter to a point therein; thence

3) North 87 degrees 54 minutes 00 seconds West 287.35 feet to a point; thence

4) North 02 degrees 06 minutes 00 seconds East 7.71 feet to the southerly line of the cul-de-sac terminating the southerly end of Marland Lane; thence

5) Along a curve of 50 feet radius eastward-northeastward, and northward 87.41 feet to a point; thence

6) North 08 degrees 04 minutes 00 seconds West In the easterly line of said Marland Lane 45.45 feet to the point and place of Beginning.

NOTE: Being Lot(s) 15, Block 70.01, Tax Map of the Borough of Tinton Falls, County of Monmouth.

NOTE: Lot and Block shown for informational purposes only.

Issued by:
Statewide Search and Abstract, Inc.
1450 Parkside Ave. Suite 3  Trenton, NJ 08638
Telephone: (609) 883-8299 Fax: (609) 883-4686

15001208
Denard C. Trapp, et al.
18 Marland Land
Tinton Falls, NJ 07724

RECORD AND RETURN TO:
GENE R. MARIANO
PARKER McCAY
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey
08054-5054

Together, with the hereditaments and appurtenances of the same belonging; To have and to hold the hereby granted lands and premises, with the appurtenances, unto the said

Goshen Mortgage REO LLC
c/o Seneca Mortgage Servicing LLC
611 Jamison Road
Elma, NJ 14059

and assigns forever, according to the force, power and effect of the statues in such case made and provided.

In Witness Thereof, I, the said Shaun Golden, Sheriff as aforesaid, have here unto set my hands and sealed this 6/19/2015

Signed, Sealed and Delivered
In the presence of

Andrea I. Bazer
Attorney at Law

Shaun Golden, Sheriff

State of New Jersey
County of Monmouth

Be it remembered that on 6/19/2015 before me, the subscriber, and Attorney at Law of New Jersey, Personally, appeared Shaun Golden, Sheriff of the County of Monmouth, well known to me as the grantor mentioned in the within DEED, and I, having first made known to him the contents of the same, he, the said Shaun Golden, Sheriff as aforesaid, acknowledge that he signed, sealed and delivered the same as his voluntary act and deed, for used and purposes therein expresses; " the full and actual consideration paid of to be paid for the transfer of title to realty evidenced by the within deed, as such consideration is defined in P.L. 1968 c 49, Sec1 ( c ) is $100.00.

Andrea I. Bazer
Attorney at Law

15001208
Denard C. Trapp, et al.
18 Marland Lane
Tinton Falls, N. 07724

State of New Jersey
County of Monmouth County Sheriff's Office

    I, Shaun Golden, Sheriff, as aforesaid, do solemnly swear that the real estate described in this deed made by me to

Goshen Mortgage REO LLC
c/o Seneca Mortgage Servicing LLC
611 Jamison Road
Elma, NJ 14059

was sold by virtue of an execution as recited therein; that the money ordered to be made has not been to my knowledge or belief, paid or satisfied; that the time and place of said land and real estate was duly advertised as required by law; and the same was cried off and sold to a bona fide purchaser for the best price that could be obtained.

_____
Shaun Golden, Sheriff

Sworn and subscribed to on 6/19/2015 before me, an Attorney at Law of New Jersey, and I having examined this deed do approve the same, and order it to be recorded as a good and sufficient conveyance of the land and real estate therein described.

_____
Andrea T. Bazer
Attorney at Law

RECORD AND RETURN TO:
GENE R. MARIANO
PARKER McCAY
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey
08054-5054

15001208
Denard C. Trapp, et al.
18 Marland Lane
Tinton Falls, NJ 07724

By virtue of which said writ, I the said Shaun Golden, Sheriff, did levy on all the land and real estate in the hereinbefore recited writ, particularly set forth and described.

And to the end that a sale of said land should be made pursuant to the statutes in such case made and provided, I, the said Shaun Golden, Sheriff as aforesaid, by public advertisements signed by him and set up in the office of the Sheriff of the County of Monmouth and that the land to be sold, at least three weeks next before the time so appointed for selling the same; and also published four times in the

The Star Ledger

The Two River Times

two of the newspapers printed and published in the said County of Monmouth, one of which was and is a newspaper printed and published at the county seat of said county, and the other was and is a newspaper printed and published in the said county and circulating in the neighborhood in which the said real estate is situate at least once a week for four consecutive calendar weeks, the first publication being at least twenty-one days prior and the last publication being not more than eight days prior to the time appointed for selling the same, did give notice of the time and place when the said lands would be exposed to sale: and the I, the said Shaun Golden, Sheriff as aforesaid, at the time and place so appointed, that is to say on <u>MONDAY the 8th day of June in the year of 2015</u> between the hours of two and five o'clock in the afternoon, at the Hall of Records, 1 East Main Street, in the Borough of Freehold in said County of Monmouth, did in and open and public manner.

Expose to sale at public vendue to the highest bidder all the land and real estate hereinbefore particularly set forth and described and

※ GDBT 1 Trust 2011-1, bidding the sum of $100.00. ※

How could GDBT-1 Trust 2011-1 file a foreclosuse on 18 Marland Lane Tinton Falls, New Jersey 07724 April 4, 2013 when they acquired the property June 8, 2015 because of the illegal foreclosuse?

15001208
Denard C. Trapp, et al.
18 Marland Lane
Tinton Falls, NJ 07724

For said tract of land and real estate, and no persons bidding so much or more the same was by me, at the time and place, and between the hours aforesaid, in and open and public manner, struck off and sold to GDBT 1 Trust 2011-1 that amount they being the highest bidder therefore. And I, the said Shaun Golden, Sheriff aforesaid, having reported the said sale to the said court as required by the rules in such cases made and provided; and having been by rule of said Court directed to make and execute a good and sufficient conveyance in the law to the said purchaser for the premises aforesaid.

Goshen Mortgage REO LLC
c/o Seneca Mortgage Servicing LLC
611 Jamison Road
Elma, NJ 14059

Now know ye, that I, the said Shaun Golden, Sheriff as aforesaid, by virtue of the premises above mentioned and for and in consideration of the sum of:

$100.00

the receipt whereof I do hereby acknowledge, have granted, bargained and sold, and by these presents do grant, bargain, sell and convey unto the said

Goshen Mortgage REO LLC
c/o Seneca Mortgage Servicing LLC
611 Jamison Road
Elma, NJ 14059

and assigns

All and singular the hereinbefore particularly described tract or parcel of land and premises with the appurtenances.

STATE OF NEW JERSEY
AFFIDAVIT OF CONSIDERATION
(STATEMENT OF PRIOR MORTGAGE, LIENS OR ENCUMBRANCES)
FOR
SHERIFF'S DEEDS
(c. 225, P. L. 1979)
To Be Recorded With Deed Pursuant to c. 49 P.L. 1968, as amended, and c. 225, P.L. 1979

STATE OF NEW JERSEY : ss.
COUNTY OF BURLINGTON :

FOR RECORDER'S USE ONLY
Consideration $ _____
Realty Transfer Fee $ _____
Date: _____ By: _____

**IMPORTANT NOTES:**
This form is to be attached to all Sheriff's Deed not otherwise exempt pursuant to N.J.S.A. 46:15-10, when presented to the County Clerk or Register of Deed's for recording. One of the following blocks MUST be checked:

☒ NO PRIOR MORTGAGES OR LIENS ARE OUTSTANDING.

☐ PRIOR MORTGAGE OR LIENS OUTSTANDING AND NOT EXTINGUISHING BY THE SALE ARE AS LISTED IN SECTION 2 BELOW.

(1) PARTY OR LEGAL REPRESENTATIVE

**GDBT 1 TRUST 2011-1**
*(Plaintiff)*

Parker McCay P.A.    F-011243
*(Legal Representative of Plaintiff)*

(Legal Representative is to interpret broadly to include any person actively and responsibly participating in the transaction, such as but not limited to, as attorney representing one of the parties, a closing officer of a title company of lending institution participating in transaction, a holder of power of attorney from plaintiff.)

(2) CONSIDERATION
Deponent states that, with respect to deed hereto annexed, there follows the name or names of all mortgagees and other holders of encumbrances constituting "consideration" as defined in the act to which this act is a supplement, (C. 46:15-5(c)), to which such sale shall be subject. Such prior mortgages, liens and encumbrances are as follows:

| NAME OF SECURED PARTY | CURRENT AMOUNT DUE |
|---|---|
| _____ | $ 0.00 |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| TOTAL: | $ 0.00 |

NOTE: The amount of consideration in which the Realty Transfer Fee shall be calculated shall include both the total listed above and the amount bid at the sale as set forth in the Sheriff's Deed.

Deponent makes affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c. 49, P. L. 1968, as amended, and c. 225, P. L. 1979.

Subscribed and Sworn to before me
this ___ day of _____

Name of Deponent- Kiera McFadden-Roan
9000 Midlantic Drive, Ste 300
P.O. Box 5054
Mount Laurel, NJ 08054-5054
Address of Deponent

JOHN N. GIORGI, ESQ.
Attorney at Law
State of New Jersey
2092 Morris Ave., Union, NJ 07083
908-688-1000

FOR OFFICIAL USE ONLY
This space for use of County Clerk of Register of Deeds

Instrument Number _____ County _____
Deed Number _____ Block _____ Page _____
Deed Dated _____ Date Recorded _____

AMOUNT BID AT SHERIFF SALE
$ 100.00

**IMPORTANT – BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE FOLLOWING PAGE.**

This form is prescribed by the Director, Division of Taxation in the Department of the Treasury, as required by law, and may not be altered or amended without the approval of the Director

ORIGINAL to be attached to Sheriff's Deed.
COPY to be retained by Sheriff Deed.


**STATE OF NEW JERSEY**

:ss

**County of Monmouth**

I, CHRISTINE GIORDANO HANLON, ESQ., Clerk of the County of Monmouth, in and for said County, DO HEREBY CERTIFY that the forgoing copy of a

WRIT OF EXECUTION, DOCKET NO. F-011243-13

GDBT I TRUST 2011-1,

Plaintiff,

v.

DENARD C. TRAPP; MRS. DENARD C. TRAPP HIS WIFE; CAPITAL ONE BANK USA NA,

Defendants.

Is true and correct as same remains on record and RECORDED in my office on September 17, 2015 in Book OR-9131 Page 9332 & C.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of said County at Freehold, this 28th day of February A.D. Two Thousand Nineteen.

*Christine Giordano Hanlon*

Christine Giordano Hanlon, Esq.
MONMOUTH COUNTY CLERK