**DiFrancesco, Bateman, Kunzman,**
 **Davis, Lehrer & Flaum, P.C.**
15 Mountain Boulevard
Warren, N J 07059
(908) 757-7800
*Attorney ID# 020011980*
Attorneys for Defendant Kenneth Downey, improperly pleaded as Kevin Downey

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DENARD C. TRAPP,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH DOWNEY, improperly pleaded as Kevin Downey,<br>Defendant. | Civil Action No. 3:22-cv-00055-PGS-DEA<br><br>Civil Action<br><br>**MOTION TO DISMISS** |

TO:  Denard C. Trapp
     17 Steven Avenue
     Tinton Falls, NJ 07724

SIR:

PLEASE TAKE NOTICE that on Monday, June 6, 2022 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Kenneth Downey will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608 for the entry of an Order dismissing the Complaint of the Plaintiff for lack of jurisdiction.

This Motion is based on the grounds set forth in the brief filed with the Court;

PLEASE TAKE FURTHER NOTICE that t is respectfully requested that the Court issue a decision on the papers submitted.

A proposed form of Order accompanies this Motion.

DiFrancesco, Bateman, Kunzman,
Davis, Lehrer & Flaum, P.C.

By: _____
Paul R. Rizzo

Dated: April 26, 2022

{A1450806.1 }                              -1-