**DiFrancesco, Bateman, Kunzman,**
 **Davis, Lehrer & Flaum, P.C.**
15 Mountain Boulevard
Warren, N J 07059
(908) 757-7800
Attorney ID# 020011980
Attorneys for Defendant Kenneth Downey, improperly pleaded as Kevin Downey

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENARD C. TRAPP,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH DOWNEY, improperly pleaded as Kevin Downey,<br><br>Defendant. | Civil Action No. 3:22-cv-00055-PGS-DEA<br><br>CIVIL ACTION<br><br>**ORDER** |

THIS MATTER being presented to the Court on Motion of Defendant Kenneth Downey, Paul R. Rizzo, Esq. for the Defendant, for an Order dismissing the matter for lack of jurisdiction, and notice having been provided to the Plaintiff, and the Court having found that the for the reasons set forth in the moving papers and other good cause shown;

IT IS ON THIS _____ day of _____, 2022,

ORDERED that the Complaint shall be and is hereby dismissed, and it is further

ORDERED that a copy of this Order shall be served by the Clerk through the ECF system on all counsel of record.