IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DENARD TRAPP, | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 22-cv-55 (PGS) |
| | : | |
| v. | : | |
| | : | |
| KEVIN DOWNEY | : | |
| | : | |
| Defendant. | : | |

WHEREAS, there is an Order (ECF No. 27) in another case, *Trapp v. GDBT1 Trust 2011-1, et al.*, United States District Court, District of New Jersey, Civil Action No. 16-cv-5901 (PGS), that requires Mr. Trapp's attention; and

WHEREAS, the Order requires that prior to submitting any additional claims or a complaint, Mr. Trapp must submit a sworn statement certifying that the additional claims have not been previously raised or disposed of by any federal or state court; and

WHEREAS the procedure set forth in the Order has not been followed.

NOW THEREFORE, IT IS on this 5th day of May, 2022;

ORDERED that Mr. Trapp shall appear at the Clarkson Fisher Courthouse at 402 East State Street, Trenton, New Jersey on June 7, 2022 at 12:00 p.m. to show cause why he has not complied with the aforementioned Order (ECF No. 27, No. 16-cv-5901).

s/*Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.